# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 666 |
| | : | |
| AMENDMENT OF RULE | : | SUPREME COURT RULES |
| 103 OF THE PENNSYLVANIA | : | |
| RULES FOR CONTINUING | : | |
| LEGAL EDUCATION | : | DOCKET |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of May 2015, upon the recommendation of the Pennsylvania Continuing Legal Education Board; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 103 (b) of the Pennsylvania Rules for Continuing Legal Education is amended in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.